FILED

05/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0219

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0219

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DAVID CUCHINE,

    Defendant and Appellant.

FILED

MAY 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

David Cuchine has filed a verified Petition for an Out-of-Time Appeal and includes a copy of the final judgment. Cuchine is seeking to appeal an October 31, 2019 Judgment entered by the Second Judicial District Court, Butte-Silver Bow County, sentencing him upon his conviction of felony criminal endangerment to the Department of Corrections for ten years with five years suspended.

As grounds, Cuchine states, "I misunderstood that I couldn't file an appeal on a plea deal. So I proceeded with [] post conviction relief." He attaches a copy of a letter he received in January 2021 from the Region 5 Office of the Montana Public Defender, in response to his inquiries, which stated "your post-conviction relief has been stalled pending your appeal." Thus, Cuchine would like to either pursue his appeal or obtain leave to file an out-of-time appeal.

However, upon our review of this Court's docket, Cuchine does not have an appeal pending before this Court, and, therefore, the reference to an appeal in the Public Defender's letter to Cuchine appears to be incorrect. Further, the time for seeking an appeal from the October 2019 judgment has long passed.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice," but Cuchine has not demonstrated such circumstances here.

Therefore,

IT IS ORDERED that Cuchine's Petition for an Out-of-Time Appeal is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record; to Tom Powers, Clerk of District Court, Butte Silver Bow County, under Cause No. DC 18-66; to Joshua Demers, Office of State Public Defender; and to David Cuchine personally.

DATED this 18 day of May, 2021.

Justices